# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN THE MATTER OF          IN A BANKRUPTCY PROCEEDING
REGINALD GRIER          UNDER 11 USC CHAPTER 13
Debtor(s)          No. 08B 20226
         Judge COX

## AGREED ORDER

AT CHICAGO, ILLINOIS THIS _____ DAY OF _____, 2009.

THIS CAUSE coming to be heard on the motion of the creditor HOMEQ SERVICING CORPORATION, by and through it's attorneys Jaros, Tittle & O'Toole, Limited and the Court being fully advised;

IT IS HEREBY ORDERED that the debtor shall tender the regular monthly mortgage payment of $1,577.03 plus $388.59 per month for a period of six months, until current on all post-petition arrears. The post-petition arrears consist of the February and March, 2009 mortgage payments of $1,577.03 plus $57.33 late charges for February and March, 2009 and attorney fees & costs of $600.00 and deducting $1,537.16 in suspense total arrears of $2,331.56.

IT IS HEREBY ORDERED that the Automatic Stay shall automatically be lifted unless the default is cured as set forth above, and in the event that the above captioned debtor falls two post-petition mortgage payments in arrears to said creditor, beginning in April, 2009, the Automatic Stay shall Automatically be lifted as to the creditor HOMEQ SERVICING CORPORATION.

IT IS FURTHER ORDERED that debtor shall be allowed a 15 day grace period and the creditor shall furnish a 10 day notice written notice of default to the debtors, to their attorney and the standing trustee; the debtors shall have the right to cure a default within

the grace period by bringing all post-petition payments and late charges current through the month of tender and;

IT IS FINALLY ORDERED that the motion of the creditor to Dismiss or Modify the Automatic Stay be and is hereby withdrawn.

By James E. Trausch
Of Jaros, Tittle & O'Toole, Limited
Attorney for HOMEQ SERVICING CORP.

MARTIN J. O'HEARIN
Attorney for Debtor

ENTER ___J. Cox___ Jacqueline P. Cox 4-6-09
JUDGE

JAROS, TITTLE & O'TOOLE, LIMITED
20 North Clark Street
Suite #510
Chicago, Illinois 60602
(312) 750-1000
Our file #07-31600